

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    *Roger Abshire and USK9 Unlimited, Inc. v. Justin Pannell*

Appellate case number:    01-19-00710-CV

Trial court case number:    2017-52769-A

Trial court:                80th District Court of Harris County

Date motion filed:        October 2, 2020

Party filing motion:      Appellee


      The en banc court has unanimously voted to deny appellee's motion for en banc reconsideration. It is ordered that the motion is **denied**.


Judge's signature:        /s/ Russell Lloyd_____
                     ☑ Acting for the Court


* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.


Date:   ___December 15, 2020_____